

Melissa L. Cizmorris

Akerman LLP
1400 Wewatta Street
Suite 500
Denver, CO 80202
Tel: 303.260.7712
Fax: 303.260.7714

melissa.cizmorris@akerman.com

May 17, 2016

**Via CM/ECF**
Office of the Clerk
James R. Browning Courthouse
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:   *Sean Park, et al. v. Lehman Brothers Bank, FSB, et al.*
              **Case No. 11-55473**

Dear Madame Clerk:

    We write today to bring case number 11-55473 to your attention. Pursuant to the Circuit Advisory Committee Note to Circuit Rule 25-2(3), we write to notify you the above referenced matter has been submitted to the Court for eleven months, or since June 5, 2015, when the parties appeared for oral argument. During this time, the Court has not issued a decision on the merits.

    We appreciate your time and attention in this matter.

                                 Sincerely,

                                 Melissa L. Cizmorris
Attorney for Lehman Brothers Bank, FSB, Mortgage Electronic Registration Systems, Inc., and Aurora Loan Services, LLC

cc:   George H. Bye, Law Firm of George Bye, P.O. Box 19813, San Diego, CA 92159, via CM/ECF

akerman.com

{38280635;2}